# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

KEITH ALLEN HONAKER, JR,

    Plaintiff,

v.                                                                             CASE NO. 5:16-cv-00123-MP-GRJ

CORIZON INC, FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendants.

_____/

## **O R D E R**

        This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 3, 2016. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

        Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted in part. On October 11, 2016, the Court ordered Plaintiff to show cause on or before November 1, 2016 as to why his case should not be dismissed for failure to prosecute and failure to state a claim upon which relief may be granted. (Doc. 18). When Plaintiff failed to do so, the Magistrate Judge issued his Report and Recommendation recommending the case be dismissed. (Doc. 20). Instead of filing objections, Plaintiff filed a notice of change of address. (Doc. 21). This notice may be sufficient to show why the case should not be dismissed for want of prosecution, but it certainly does not satisfy the show cause order with respect to the failure to state a claim upon which relief may be granted. The Magistrate Judge's Report and Recommendation can therefore be adopted in part.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 20, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this *6th* day of December, 2016

         *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge